**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FEB 23 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JULIO CESAR BARAHONA-VALLECILLO,

      Petitioner,

v.

JEFFERSON B. SESSIONS, III, Attorney General,

      Respondent.

No.   15-72525

Agency No. A200-868-415

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 14, 2017[**]

Before:     GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

Julio Cesar Barahona-Vallecillo, a native and citizen of Honduras, petitions

for review of the Board of Immigration Appeals' order dismissing his appeal from

an immigration judge's decision denying his application for cancellation of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's continuous physical presence determination. *Gutierrez v. Mukasey,* 521 F.3d 1114, 1116 (9th Cir. 2008). We deny the petition for review.

Substantial evidence supports the agency's determination that Barahona-Vallecillo failed to establish the requisite continuous physical presence for cancellation of removal, where he presented inconsistent testimony with no corroboration regarding the length of his absences from the United States. *See* 8 U.S.C. § 1229a(c)(4)(B) (petitioner bears the burden of showing eligibility); § 1229b(b)(1)(A) (ten years continuous physical presence required); § 1229b(d)(2) (continuous physical presence broken by departure of more than 90 days).

**PETITION FOR REVIEW DENIED.**

15-72525